21322. DAVIS v. BALKCOM, Warden.

DUCKWORTH, Chief Justice. The exception is to a judgment in a habeas corpus case remanding the prisoner to the officer of the law after a trial and presentation of evidence. There is no approved brief of evidence embodied in the bill of exceptions, nor as a separate document in the record. This utter

206 of the evidence requires an affirmance since no exception therein can be ruled on without recourse to the evidence. *Attaway v. Duncan*, 206 Ga. 230 (56 SE2d 269).

*Judgment affirmed. All the Justices concur.*

SUBMITTED SEPTEMBER 11, 1961—DECIDED SEPTEMBER 12, 1961.

*William R. Harrell,* for plaintiff in error.

*Eugene Cook, Attorney-General, Earl L. Hickman, Assistant Attorney-General, B. Daniel Dubberly, Jr., Deputy Assistant Attorney-General,* contra.